**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDA L. HOLMAN-BRADFORD, | No. CIV S-07-2678---CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. / | |

   Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Plaintiff has been granted leave to proceed in forma pauperis in this matter. Accordingly, she was directed to submit to the United States Marshal a completed summons and copies of the complaint and file a statement with the court that said documents have been submitted to the United States Marshal. Plaintiff instead attempted service on her own.

   The court has reviewed the proof of service of summons and complaint (Doc. 7) plaintiff filed with the court. It appears from this document that service has not been perfected pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, in that plaintiff has not served a

copy of the summons and complaint on the United States attorney.  Therefore, plaintiff is now required to submit these documents to the United States Marshal.  The United States Marshal will then properly serve process pursuant to this court's January 4, 2008, order (Doc. 4).

As plaintiff was previously warned, failure to comply with this order may result in the dismissal of this action.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that within ten days from the date of service of this order, plaintiff shall submit to the United States Marshal a completed summons and copies of the complaint and file a statement with the court that said documents have been submitted to the United States Marshal.

DATED: June 11, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE