UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HOLMAN,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>               Defendant. | CASE NO. 02:07-CV–2678 CMK<br><br>ORDER REMANDING THE ACTION TO THE COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

      Upon application by Defendant the Commissioner of the Social Security Administration, and good cause appearing,

      IT IS HEREBY ORDERED that this action be remanded to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g).  **All pending motions are denied as moot and the Clerk of the Court is directed to enter judgment and close this file.**

DATED: October 16, 2008

                                                    /s/ Craig M. Kellison<br>
                                                  **CRAIG M. KELLISON**<br>
                                                  UNITED STATES MAGISTRATE JUDGE