UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRENDA HOLMAN-BRADFORD,<br><br>                 Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>                 Defendant. | CASE NO. 02:07-CV–2678 CMK<br><br>ORDER TO REOPEN THE ACTION FOLLOWING SENTENCE SIX OF 42 U.S.C. § 405(g) REMAND PROCEEDINGS |

Upon application by Defendant the Commissioner of the Social Security Administration, and good cause appearing,

IT IS HEREBY ORDERED that this action be reopened.

DATED:   February 17, 2009

                                                                                                    _____<br>
                                                                                                    **CRAIG M. KELLISON**<br>
                                                                                                    UNITED STATES MAGISTRATE JUDGE